976 So.2d 175 (2008)
Lawson WILHITE, Sr., Individually and o/b/o Geraldine Wilhite, (Deceased); Lawson Wilhite, Jr., Hazel Wilhite Moore; Nellie Wilhite Brown; Savanna Wilhite Walker; Diane Wilhite Turner; Larry Wilhite; Mary Wilhite Moffett; and the Estate of Connie Wilhite and B.J.W. (Minor Child of Connie Wilhite)
v.
David THOMPSON, M.D.; Dan Lefleur, M.D.; Medical Protective Company; Kwabena Owasu, M.D., Emcare, Inc.; and Lexington Insurance.
No. 2007-C-2025.
Supreme Court of Louisiana.
February 15, 2008.
In re Moffett, Mary Wilhite; Wilhite, Lawson Jr.; Brown, Nellie Wilhite; Turner, Diane Wilhite; Wilhite, Connie Estate of; Wilhite, Lawson Sr. et al.; Moore, Hazel Wilhite; Walker, Savanna Wilhite; Wilhite, Larry;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of West Carroll, 5th Judicial District Court Div. C, No. 27,159; to the Court of Appeal, Second Circuit, No. 42,395-CA.
Denied.
CALOGERO, C.J., would grant.
JOHNSON, J., would grant.